■ SAMUEL M. SOLLISH, as Administrator of the Estate of ANNA SOLLISH, Deceased, Respondent, v. HEBREW HOME AND HOSPITAL FOR THE CHRONIC SICK, INC., Appellant.— Motion by appellant for a stay of order directing discovery and inspection, pending appeal therefrom, granted on condition that appellant perfect the appeal and be ready to argue or submit it on February

10, 1961; the appeal is ordered on the calendar for said date. The record and appellant's brief must be served and filed on or before January 20, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.